**No. 09-11377. Thelma Williams, Jr., Petitioner v. D. White, Warden, et al. (two judgments).**

562 U.S. 1087, 131 S. Ct. 693, 178 L. Ed. 2d 523, 2010 U.S. LEXIS 9243.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 876, 131 S. Ct. 187, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6579.

**No. 09-11387. Elton Gregg Woodard, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1087, 131 S. Ct. 693, 178 L. Ed. 2d 523, 2010 U.S. LEXIS 9328.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 877, 131 S. Ct. 190, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 6863.

**No. 09-11430. Derrick Kingsley Walker, Petitioner v. Don Jarriel, Warden.**

562 U.S. 1087, 131 S. Ct. 693, 178 L. Ed. 2d 523, 2010 U.S. LEXIS 9132.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 880, 131 S. Ct. 197, 178 L. Ed. 2d 119, 2010 U.S. LEXIS 6988.

**No. 09-11526. Warren Chase, Petitioner v. Gary D. Maynard, Secretary, Maryland Department of Public Safety and Correctional Services, et al.**

562 U.S. 1087, 131 S. Ct. 693, 178 L. Ed. 2d 523, 2010 U.S. LEXIS 9264.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 886, 131 S. Ct. 215, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 6956.

**No. 10-25. Mary H. Macon, Petitioner v. Ohio Department of Job and Family Services.**

562 U.S. 1087, 131 S. Ct. 693, 178 L. Ed. 2d 523, 2010 U.S. LEXIS 9115.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 890, 131 S. Ct. 227, 178 L. Ed. 2d 136, 2010 U.S. LEXIS 6759.

**No. 10-32. Barry Ceminchuk, Petitioner v. Barack H. Obama, President of the United States.**

562 U.S. 1087, 131 S. Ct. 694, 178 L. Ed. 2d 523, 2010 U.S. LEXIS 9287.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 890, 131 S. Ct. 245, 178 L. Ed. 2d 137, 2010 U.S. LEXIS 7043.